UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  11-23056-CIV-MARTINEZ-MCALILEY**

ALI HASSAN HIJAZI,

       Plaintiff,

vs.

ERIC H. HOLDER, JR., Attorney General of
the United States, et al.,

       Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal (D.E. No. 12).  It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot,** and this case is

**CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of October, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record